```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0079--CR (JKS)
                        "USA V JOSHUA HILER"
                       DEF 1.1 HILER, JOSHUA

         Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
     Magistrate Judge:
               Filed:  08/22/05
              Closed:  NO
   No. of Defendants:  1
      MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: Mark A. Rosenbaum
                       4940 Byrd Lane, Suite 100
                       Anchorage, AK 99502
                       907-243-2400
                       FAX 907-243-2609
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

    Counsel of record: David A. Nesbett
                       U.S. Attorney's Office
                       222 W. 7th Avenue, #9
                       Anchorage, AK 99513
                       907-271-5071
                       Serve: YES
                        Type: Not specified
                        Role: Pretrial/Trial


   Counts re: DEF 1.1 HILER, JOSHUA

   Document         Count    Citation and Description                          Disposition
   ────────         ─────    ────────────────────────                          ───────────
      1 -    1 INF    1      18:1512 CONSPIRACY TO TAMPER WITH A WITNESS (F)   Pending
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A05-0079--CR (JKS)
                             "USA V JOSHUA HILER"

                              For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:
              Filed: 08/22/05
             Closed: NO
No. of Defendants: 1


Document #   Filed     Docket text
_____   _____   _____

    1 -  1   08/22/05  [Re: DEF 1] PLF 1 Information filed on shortened time.

    2 -  1   08/22/05  [Re: DEF 1] PLF 1 Plea Agreement filed on shortened time.

    3 -  1   08/23/05  [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re EOP on Felony
                       Info (held 8/22/05); def plead guilty; IOS set for 11/18/05 at 9:00 am;
                       def's detention continued; FPTC set for 8/29/05 and trial set for
                       8/30/05 in case A04-0131 CR (JKS) VACATED; charges in A04-0131 CR (JKS)
                       to be dismissed at IOS in A05-0079 CR (JKS).  cc:  USA, M. Rosenbaum,
                       USM, USPO, JC, MJ Roberts, A04-0131 CR (JKS) (cert cy)

    4 -  1   08/23/05  DEF 1 Waiver of indictment.

    5 -  1   09/12/05  [Re: DEF 1] JKS Minute Order re IOS reset for 11/21/05 at 11:00 a.m. cc:
                       USA, M. Rosenbaum, USM, USPO

    6 -  1   10/28/05  {SEALED}

    6 -  2   10/28/05  {SEALED}

    7 -  1   10/31/05  {SEALED}

    8 -  1   11/07/05  DEF 1 Unopposed motion on shortened time for order requiring
                       psychological evaluation & to continue IOS w/att decl.

    9 -  1   11/09/05  [Re: DEF 1] JKS Minute Order granting in part unopposed motion on
                       shortened time for order requiring psychological evaluation (8-1); IOS
                       is continued until crt has had an opportunity to discuss def's motion
                       w/the parties on 11/21/05 at 11:00 a.m. cc: USA, M. Rosenbaum, USM, USPO

   10 -  1   11/21/05  [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re: Hrg on Deft's
                       Unoposed Motion for a Psychological Evaluation; granting motion
                       Unopposed motion on shortened time for order requiring psychological
                       (8-1); IOS set for 3/8/06 at 9:00 a.m.  cc: USA, M. Rosenbaum, USM, USPO
```