LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-079-JKS |
| | ) | |
| Plaintiff, | ) | UNOPPOSED MOTION ON |
| | ) | SHORTENED TIME (EXPEDITED) |
| vs. | ) | TO CONTINUE IMPOSITION OF |
| | ) | SENTENCE |
| JOSHUA AARON HILER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Joshua Hiler, by and through the Law Offices of Mark A. Rosenbaum, and hereby makes his unopposed motion on shortened time to continue the imposition of sentence in the above-captioned action from March 8, 2006, to and including any time convenient to the Court at least thirty (30) days thereafter.

This motion is made based upon the declaration of counsel, attached hereto and incorporated herein by this reference. In short, the psychiatrist who is preparing the report in this case has requested a review of all the discovery available in the case, as well as the records relevant to any prior offenses now at issue. The additional time sought herein is to allow for copying, transmission and review of nearly five-hundred pages of materials and the writing of a final report.

Counsel for the government as well as a representative of the U.S. Probation Office have affirmatively indicated there is no opposition to the continuance sought herein, and it is assumed that both continue to agree that it is in everyone's best interest not to defer the evaluation at issue for ten years or more.

DATED: _____          Respectfully submitted,

                                               LAW OFFICES OF MARK A. ROSENBAUM
                                               Attorneys for Defendant

                                    By:    s/ Mark A. Rosenbaum
                                                     MARK A. ROSENBAUM
                                                     4940 Byrd Lane, Suite 100
                                                     Anchorage, Alaska 99502
                                                     Voice: (907) 243-2400
                                                     Fax: (907) 243-2609
                                                     E-mail: mark.rosenbaum.law@gci.net
                                                     Alaska Bar No. 8906033

LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-079-JKS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | DECLARATION OF |
| vs. | ) | COUNSEL |
| | ) | |
| JOSHUA AARON HILER, | ) | |
| Defendant. | ) | |

I, MARK A. ROSENBAUM, am an attorney at law in private practice who has been engaged by the CJA Administrator to represent Defendant Joshua Hiler, and in that capacity declare as follows.

1.     As the Court is aware, the following sentencing objection is now at issue:

"Mr. Hiler strongly objects to the suggested sex offender evaluation, as there is no factual basis for it. The underlying facts of the offense referenced involved a 17 year old boy and a 14 year old girl, who represented herself as significantly older. However, if included in the PSR, Mr. Hiler will be forced to live for over 17 years with the BOP tag as a "kiddy diddler." I am sure you are aware what harm can come of this. Moreover, we are informed that BOP will not conduct the suggested evaluation until 18 months before his projected release date, thus deferring it for over 15 years, which does nobody any good in the short run. Accordingly, we will be requesting that your suggested evaluation be completed before imposition of sentence and before the recommendation can do Mr. Hiler any harm within BOP. If the evaluation, which we will be requesting be a full psychological evaluation, is negative on the question submitted by you, we will be seeking any reference to it be removed from the Presentence report."

2.	This objection has previously been discussed both with the Presentence report writer and the assigned Special Assistant U.S. Attorney. Both agree that defense counsel's concern is a valid one, and both agree that it is in everyone's best interest to have the evaluation completed before the imposition of sentence. Moreover, this matter should be resolved prior to submitting a sentencing memorandum so as to assist both the Court and counsel in assessing the appropriate conditions of supervised release.

3.	Dr. Ronald Martino has requested review of the discovery in this case, as well as all available documentation pertaining to the factual predicate for the recommended condition of supervised release. These materials are voluminous and must be copied and shipped to Dr. Martino in Fairbanks, Alaska. As counsel for Mr. Hiler, I have not yet competed this task, and acknowledge my responsibility for the delay in obtaining Dr. Martino's final report. Moreover, I am solely responsible for the failure to have adequate communication with Dr. Martino's office in arranging preparation of his report, and respectfully request that my failings not be visited upon my client. Although my responsibility, the continuance sought herein remains necessary to adequately represent defendant and accurately advise the Court of his present circumstances, and on that basis is sought in good faith and not for the purposes of delay.

3. Counsel for the government and the probation officer currently assigned to this case have affirmatively indicated that there is no opposition to the continuance sought herein.

Executed this <u>7th</u> day of March, 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. 1746.

I declare under penalty of perjury that the foregoing is true and correct, except those matters stated upon information and belief, as to those matters, I believe them to be true.

s/ Mark A. Rosenbaum  
MARK A. ROSENBAUM  
Attorney-at-Law

I declare under penalty of perjury
that a true and correct copy of the
foregoing **UNOPPOSED MOTION ON SHORTENED TIME (EXPEDITED) TOCONTINUE IMPOSITION OF SENTENCE**

was served electronically upon

DAVID NESBITT
Special Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on March 7, 2006, and via:

      ( ) U.S. Mail
      ( ) U.S. Mail Certified
      (x) FAX
      ( ) Hand Delivery to the USAO
      ( ) Private Messenger Service

Executed at Anchorage, Alaska, on
March 7, 2006.


s/ Mark A. Rosenbaum

LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-079-JKS |
| | ) | |
| Plaintiff, | ) | ORDER RE: |
| | ) | UNOPPOSED MOTION ON |
| vs. | ) | SHORTENED TIME (EXPEDITED) |
| | ) | TO CONTINUE IMPOSITION OF |
| JOSHUA AARON HILER, | ) | SENTENCE |
| | ) | |
| Defendant. | ) | |

Defendant's Unopposed Motion on Shortened Time to Continue Imposition of Sentence is hereby GRANTED/DENIED.

[The current date for imposition if sentence is vacated and is rescheduled for _____, 2006, at _____ .m.]

IT IS SO ORDERED.


Dated: _____     _____
                             U.S. District Court Judge