LAW OFFICES OF MARK A. ROSENBAUM
4940 Byrd Lane, Suite 100
Anchorage, Alaska  99502
(907) 243-2400

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-CR-079-JKS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STATUS REPORT |
| | ) | |
| JOSHUA AARON HILER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Joshua Hiler, by and through the Law Offices of Mark A. Rosenbaum, and pursuant to the Court's order of May 12, 2006, hereby reports that the parties have not yet been able to reach agreement on modification of the presentence report to address defendant's objections thereto

presented to the report writer on November 7, 2005, and restated in defendant's sentencing memorandum of May 7, 2006.

The primary obstacle to reaching an accord has been the fact that despite the best efforts of counsel for the government in fulfilling his promise to recommend dismissal of directly related State of Alaska charges, the Anchorage District Attorney's Office has declined to do so, and defendant's state felony case remains pending.  The allegations underlying that case are included in the federal presentence report, and, for obvious reasons, constitute the bulk of defendant's factual objections thereto.  As long as defendant faces incarceration by the state beyond the seventeen and a half years set out in both the federal plea agreement and presentence report based on those factual claims, he has no real alternative but to continue to object to them on the merits, not to mention the impact such strongly contested matters will have on him within the federal prison system.

In an attempt to resolve this impasse, counsel are exploring the possibility of defendant's federal sentence running concurrent with any State of Alaska sentence that could be imposed, and to that end additional time is required before imposition of sentence in the present case.

Accordingly, the parties request that the current sentencing date be vacated and reset any time convenient to the Court at least thirty days hence.

DATED: _____  Respectfully submitted,

LAW OFFICES OF MARK A. ROSENBAUM
Attorneys for Defendant


By:  s/ Mark A. Rosenbaum
     MARK A. ROSENBAUM
     4940 Byrd Lane, Suite 100
     Anchorage, Alaska  99502
     Voice: (907) 243-2400
     Fax: (907) 243-2609
     E-mail: mark.rosenbaum.law@gci.net
     Alaska Bar No. 8906033

I declare under penalty of perjury that a true and correct copy of the foregoing **STATUS REPORT**

was served electronically upon

DAVID NESBETT
Special Assistant U.S. Attorney
222 W. 7th Ave., Rm. C-253
Anchorage, Alaska 99513

on June 16, 2006, and via:

    ( ) U.S. Mail
    ( ) U.S. Mail Certified
    ( ) FAX
    ( ) Hand Delivery
    ( ) Hand Delivery to FPD Pickup Box
    ( ) Hand Delivery to USAO
    ( ) Private Messenger Service
    (X)  Email via CM/ECF

Executed at Anchorage, Alaska, on
June 16, 2006.


s/ Mark A. Rosenbaum