**Name:** JOSHUA A. HILER

**Address:** USP VICTORVILLE PO BOX 5500 ADELANTO CA 92301

**Telephone Number:** —

RECEIVED
JUL 23 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

JOSHUA HILER,

    Plaintiff/Petitioner,

vs,

UNITED STATES OF AMERICA

    Defendant/Respondent.

CASE NO. 3:04-CR-00131-JKS

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 7-12-07

                                            Plaintiff/Petitioner

Appt Counsel
ect. 5/97

NAME **Joshua Hiller**
REG # 15038-006
UNITED STATES PENITENTIARY
P.O. BOX 5500
ADELANTO, CA 92301

**＊LEGAL MAIL＊**
DO NOT OPEN

SAN BERNARDINO CA 924
18 JUL 2007 PM 8 L

9951347564

＊CLERK OF COURT＊
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
FEDERAL BUILDING & U.S. COURT HOUSE
222 W. 7TH AVENUE, #4
ANCHORAGE, ALASKA 99513-7564