Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ENTRY OF APPEARANCE** |
| v. ) | |
| ) | |
| JOSHUA A. HILER, ) | No. 3:04-CR-00131-JKS |
| ) | |
| Defendant. ) | |
| _____) | |

　　　　Libbey Law Offices, LLC, by Colleen A. Libbey, hereby enters an appearance herein for Defendant Joshua Hiler in the above referenced case, and requests that all pleadings and other documents filed in this action be electronically served on her or sent to Libbey Law Offices, LLC, 604 West Second Avenue, Anchorage, Alaska 99501.

　　　　Dated at Anchorage, Alaska this <u>1st</u> day of <u>August</u>, 2007.

PDF created with pdfFactory trial version www.pdffactory.com

```
                              LIBBEY LAW OFFICES, LLC
                              Counsel for Leonard Hoffman

                         By:  s/Colleen A. Libbey

                              Colleen A. Libbey ABA 0012104
                              604 West 2nd Ave.
                              Anchorage, AK 99501
                              Phone: (907) 258-1815
                              Fax: (907) 258-1822
                              clibbey@alaska.net
```

This is to certify that this entry of appearance
is being served electronically to:

David A. Nesbett
david.nesbett@usdoj.gov


On: Aug. 1, 2007, By: s/Colleen A. Libbey



N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\EOA CAL.wpd

Entry of Appearance
Hiler v. USA
3:04-CR-00131-JKS                                      Page 2 of  2

PDF created with pdfFactory trial version www.pdffactory.com