**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    JOSHUA A. HILER

THE HONORABLE JAMES K. SINGLETON, JR.

DEPUTY CLERK                                CASE NO.  3:05-cr-00079-JKS

Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: November 6, 2007

    The referral of Defendant Joshua Hiler's Motion to Vacate under 28 U.S.C. § 2255 to Magistrate Judge Roberts filed at docket 23 is hereby withdrawn.

[]{IA.WPD*Rev.12/96}