Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| United States of America, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **REQUEST FOR EXTENSION** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:05-CR-0079-JKS |
| | ) | |
| Defendant. | ) | |
| | ) | |

   Joshua Hiler, by and through counsel, hereby moves for a 35 day extension of time to file an amended petition. The request is explained below and in the accompanying declaration of counsel.

   Dated at Anchorage, Alaska this <u>28th</u> day of <u>December</u>, 2007.

                              LIBBEY LAW OFFICES, LLC
                              Counsel for Joshua Hiler

                         By:  s/Colleen A. Libbey
                              Colleen A. Libbey ABA 0012104
                              604 West 2nd Ave.
                              Anchorage, AK 99501

```
                                        Phone: (907) 258-1815
                                        Fax:   (907) 258-1822
                                        clibbey@alaska.net
```

This is to certify that the foregoing
is being served electronically to:

Erin E. White

On: Dec. 28, 2007, By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\mtn ext 28dec2007.wpd