Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **DECLARATION OF COUNSEL** |
| ) | |
| v. ) | |
| ) | |
| JOSHUA A. HILER, ) | No. 3:05-CR-00131-JKS-JDR |
| ) | |
| Defendant. ) | |
| _____) | |

STATE OF ALASKA         )
                        )
THIRD JUDICIAL DISTRICT )

    I, Colleen A. Libbey, declare as follows:

1. I am counsel of record for the Defendant in the above captioned matter.

2. I am making this declaration in support of the Request for Extension being filed herewith.

3. Mr. Hiler's amended petition is currently due December 31, 2007.

4. I am asking for a 35 day extension, until January 4, 2007, to file an amendment.

5. On November 1, 2007, I requested an extension of 60 days because trial counsel had failed to produce his file to me, despite my repeated requests. I requested an order from the Court, ordering trial counsel produce the file, which this Court granted on November 2,2007.

6. I provided the Court's order to opposing counsel on November 7, 2007, and told him if I did not receive the file by the 13th of November I would subpoena him to a deposition.

7. On November 13, 2007 I had a subpoena issued and served for trial counsel to come to a deposition on November 21, 2007, with his file. Trial counsel told my process server that he had recently had surgery but would get the file to me by the deposition date.

8. The day before the deposition, I spoke with trial counsel and he assured me he would get me the file within the next day or two, so I agreed to cancel the deposition.

9. Trial counsel did not produce the file as agreed, I made repeated efforts to get the file sooner, but did not receive it until December 4, 2007.

10. My prior request for extension was based on the assumption I would get the file before December 2007.

11. I have started the amendment but need to confer with my client and conduct additional research before I can finalize it.

12. I was out of the office the entire week of December 5, 2007 at a training, which interfered with my ability to review the file.

13. I have a number of conflicting federal deadlines that require me to ask for an additional 35 days to file Hiler's amendment. I currently have two 9th Circuit briefs due before January 7, 2007. I have a petition due with the U.S. Supreme Court within the next three weeks on a case that was previously remanded from the U.S. Supreme Court to the State court of appeals. I have an amendment due in another habeas case on January 18, 2007.

14. Today I had an amended due in a significant State PCR case and filed that amendment. I have a brief due December 31, 2007 in the Alaska Supreme Court in a case that is on review from the court of appeals through a petition for hearing. I have numerous motions due in my trial criminal cases within the next two weeks, and I also have a number of motion and discovery deadlines in my civil case load. I have a deposition trip in January to Juneau, Alaska.

15. My staff has been out of the office a significant part of

the month of December, increasing my administrative duties; I hired some temporary staff to alleviate the problems, but this person just started working this week.

16. I have been working on the weekends and into the evenings, but admittedly, am still very behind.

17. I contacted opposing counsel Erin White to find out whether she opposed this request, but she is out of the office until January 1, 2008, so I do not know her position.

18. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Dated at Anchorage, Alaska this 28th day of December, 2007.

>LIBBEY LAW OFFICES, LLC
>Counsel for Johsua Hiler
>
>By: s/Colleen A. Libbey
>Colleen A. Libbey ABA 0012104
>604 West 2nd Ave.
>Anchorage, AK 99501
>Phone: (907) 258-1815
>Fax: (907) 258-1822
>clibbey@alaska.net

This is to certify that the foregoing
document was served electronically to:

Erin E. White

On: Dec. 28, 2007 By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\dec ext 28dec2007.wpd