MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA


*United States v. Hiler*
Case No. 3:05-cr-00079 (JKS)


By:                THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:      Dan Maus, Case Management: 677-6123*

PROCEEDINGS:       ORDER FROM CHAMBERS

     After due consideration of Petitioner's Request for Extension of Time, it is hereby ordered that the motion at **Docket No. 32** is **GRANTED**. The deadline for filing an amended petition is February 4, 2008. The United States Attorney shall file an answer or other responsive pleading by March 5, 2008.

     **IT IS SO ORDERED**.


Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE: January 3, 2008

*       ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion. *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b). No one should telephone, fax, or write to chambers regarding pending cases. The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.

F:\HOME\JUDGES\DOCS\SHARED\CR\D.AK 2005\A05-0079.002.wpd