NELSON P. COHEN
United States Attorney

ERIN E. WHITE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: erin.white@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-00079-JKS |
| ) | |
| Respondent/Plaintiff, ) | |
| ) | |
| vs. ) | **NON-OPPOSED MOTION FOR** |
| ) | **EXTENSION OF TIME TO FILE** |
| JOSHUA A. HILER, ) | **ANSWER TO AMENDED** |
| ) | **PETITION** |
| Petitioner/Defendant. ) | |
| ) | **[Filed on Shortened Time]** |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves for additional time to file an answer to the amended § 2255 motion filed by the petitioner. The reasons for this request are more fully

set forth in the declaration of Special Assistant United States Attorney Erin E. White, attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 5th day of March, 2008, in Anchorage, Alaska.

>NELSON P. COHEN
>United States Attorney
>
>s/ Erin E. White
>Special Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 West Seventh Avenue, #9, Room 253
>Anchorage, Alaska  99513-7567
>(907) 271-5071
>(907) 271-1500 (fax)
>Email:erin.white@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 5, 2008, via:

(X) Electronic case filing notice

Colleen A. Libbey, Esq.

s/ Erin E. White
Office of the U.S. Attorney