IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00079-JKS |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| vs. | ) | **EXTENDING TIME TO FILE** |
| | ) | **ANSWER TO AMENDED** |
| JOSHUA A. HILER, | ) | **PETITION** |
| | ) | |
| Petitioner/Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Having considered the United States' motion for an extension of time to file an answer to the amended § 2255 motion,

IT IS ORDERED that the government's response is due on March 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE