IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00079-JKS |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | ORDER EXTENDING TIME TO |
| vs. | ) | FILE ANSWER TO AMENDED |
| | ) | PETITION |
| JOSHUA A. HILER, | ) | |
| | ) | |
| Petitioner/Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Having considered the United States' unopposed motion for an extension of time to file an answer to the amended § 2255 motion,

IT IS ORDERED that the government's response is due on March 14, 2008.

Dated: March 5, 2008.

       /s/James K. Singleton, Jr.
       UNITED STATES MAGISTRATE JUDGE