NELSON P. COHEN
United States Attorney

ERIN E. WHITE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: erin.white@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:05-cr-00079-JKS |
| | ) | |
| Respondent/Plaintiff, | ) | |
| | ) | |
| vs. | ) | SECOND NON-OPPOSED |
| | ) | MOTION FOR EXTENSION OF |
| JOSHUA A. HILER, | ) | TIME TO FILE ANSWER TO |
| | ) | AMENDED PETITION |
| Petitioner/Defendant. | ) | |
| | ) | [Filed on Shortened Time] |
| | ) | |

COMES NOW the United States of America, by and through undersigned counsel, and hereby moves for additional time to file an answer to the amended § 2255 motion filed by the petitioner.  The reasons for this request are more fully

set forth in the declaration of Special Assistant United States Attorney Erin E. White, attached hereto as Exhibit A.

   RESPECTFULLY SUBMITTED this <u>14th</u> day of March, 2008, in Anchorage, Alaska.

            NELSON P. COHEN
            United States Attorney

            s/ Erin E. White
            Special Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, #9, Room 253
            Anchorage, Alaska  99513-7567
            (907) 271-5071
            (907) 271-1500 (fax)
            Email:erin.white@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 14, 2008, via:

  (X) Electronic case filing notice

Colleen A. Libbey, Esq.

s/ Erin E. White
Office of the U.S. Attorney