IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:05-cr-00079-JKS |
| | ) |
| Respondent/Plaintiff, | ) [PROPOSED] |
| | ) |
| vs. | ) ORDER EXTENDING TIME TO |
| | ) FILE ANSWER TO AMENDED |
| JOSHUA A. HILER, | ) PETITION |
| | ) |
| Petitioner/Defendant. | ) |
| | ) |

Having considered the United States' second motion for an extension of

time to file an answer to the amended § 2255 motion,

IT IS ORDERED that the government's response is due on March 31, 2008.


_____
UNITED STATES MAGISTRATE JUDGE