NELSON P. COHEN
United States Attorney

ERIN E. WHITE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: erin.white@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Respondent/Plaintiff,<br><br>v.<br><br>JOSHUA A. HILER,<br><br>　　　　Petitioner/Defendant. | No. 3:05-cr-00079-JKS<br><br><u>DECLARATION OF COUNSEL IN SUPPORT OF THE UNITED STATES' SECOND NON-OPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED PETITION</u> |

　　　I, Erin E. White, counsel for the United States of America, declare as follows:

　　　1.　　I am the Special Assistant United States Attorney in the above-captioned case.  As such, I am fully familiar with the facts set forth herein.  I make

this declaration in support of the United States' motion to extend the deadline for the government's answer to the petitioner's amended § 2255 motion.

2.	Due to scheduled obligations in other cases, which have included sentencing hearings, trial preparation, and grand jury preparation, I have not had adequate time available to devote to the answer to the amended petition in this case.  I expect to be able to file an answer no later than March 31, 2008.  On March 12, 2008, I spoke with defense counsel Colleen Libbey, who graciously agreed not to oppose this motion for an extension.

3.	For the reasons stated above, the United States moves for an extension of time to file the government's response.  This pleading is being filed on shortened time, as the government's answer is due today.

RESPECTFULLY SUBMITTED this 14th day of March, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Erin E. White
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Email:erin.white@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to the following counsel of record on March 14, 2008, via:

    (X) Electronic case filing notice

Colleen A. Libbey, Esq.

s/ Erin E. White
Office of the U.S. Attorney