IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3:05-cr-00079-JKS |
| Respondent/Plaintiff, ) | |
| vs. ) | **ORDER EXTENDING TIME TO FILE ANSWER TO AMENDED PETITION** |
| JOSHUA A. HILER, ) | |
| Petitioner/Defendant. ) | |

Having considered the United States' unopposed motion for an extension of time to file an answer to the amended § 2255 motion,

IT IS ORDERED that the motion at Docket No. 39 is GRANTED and the government's response is due on March 31, 2008.

Dated this the 17th day of March 2008.

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge