NELSON P. COHEN
United States Attorney

ERIN E. WHITE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: erin.white@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:07-cr-00128-JWS-JDR |
| | ) |
| Respondent/Plaintiff, | ) |
| | ) DECLARATION OF COUNSEL |
| vs. | ) IN SUPPORT OF THE |
| | ) GOVERNMENT'S ANSWER TO |
| JOSHUA A. HILER, | ) AMENDED § 2255 MOTION |
| | ) |
| Petitioner/Defendant. | ) |

I, Erin E. White, counsel for the United States of America, declare as

follows:

1.	I am the Special Assistant United States Attorney in the above-captioned case. As such, I am fully familiar with the facts set forth herein. I make this declaration in support of the government's answer to the Petitioner/Defendant's Amended § 2255 Motion.

2.	On April 1, 2008, I obtained a recording from the United States District Court for the District of Alaska of the sentencing hearing that took place on June 19, 2006. On that same day, I reviewed the relevant portion of the

\\

\\

\\

\\

\\

recording. My representations in the government's answer concerning the facts related to that sentencing hearing are true and correct to the best of my knowledge and belief.

RESPECTFULLY SUBMITTED this 1st day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Erin E. White
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Email:erin.white@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing
was sent to the following counsel of record on April 1, 2008, via:

    (X) Electronic case filing notice

Colleen A. Libbey, Esq.

s/ Erin E. White
Office of the U.S. Attorney