# RULE 11 CHECKLIST

CASE: ___Josh Hier___

DATE: ___8/22/05___

- ✗ Defendant Sworn?
  - __ Govt. can prosecute for perjury (?)
- ✓ Defendant competent to proceed
- ✓ Plea is voluntary
  - ✓ No threats or promises
  - ✓ Satisfied with representation
- ✓ Nature of charge defendant is pleading to
  - ✓ Maximum penalty
  - ✓ Mandatory minimum
  - ✓ Supervised release
  - ✓ Fine
  - __ Forfeiture required?
  - ✓ Court has authority to order restitution
  - ✓ Court must impose SA
  - N/A Deportation? (Is Defendant a U.S. citizen?)
  - ~~Court must apply sentencing guidelines~~ ("c" AGREEMENT)
- ✓ Waiver of Defendant rights
  - ✓ AGREE TO WAIVE GJ
  - ✓ Right to PNG
  - ✓ Right to jury trial
  - ✓ Right to be represented by counsel
  - ✓ Right to have court appointed counsel if necessary
  - ✓ Right to confront and cross-X witnesses
  - ✓ Right to remain silent, or to testify and present evidence
  - ✓ Right to compel the attendance of witnesses
- ✓ Waiver of right to appeal
- ✓ Factual Basis on record (READ ON RECORD)
- ✓ DEFENDANT PLEADS GUILTY !!!