**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**


*United States of America v. Joshua A. Hiler*
Case No. 3:05-CR-00079 (JKS)


By:                        THE HONORABLE JAMES K. SINGLETON

Deputy Clerk:             Dan Maus, Case Management: 677-6123*

PROCEEDINGS:             ORDER FROM CHAMBERS

        The Court has received Petitioner's Amended Petition and Respondent's Answer.  The Court has not set a deadline for Petitioner's Reply brief in accordance with Rule 5(d) of the Rules Governing Section 2255 Proceedings.

        Accordingly, **IT IS HEREBY ORDERED** that Petitioner has until **May 9, 2008**, to file a reply to Respondent's Answer.

Entered at the direction of the Honorable James K. Singleton, United States District Judge.


DATE:  April 9, 2008


*        ALL INQUIRIES REGARDING THE SCHEDULING OR CALENDARING OF THIS CASE SHOULD BE DIRECTED TO THE ABOVE INDICATED CASE MANAGER.

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made in the form of a motion.  *See* FED. R. CIV. P. 7(b)(1); D. Ak. LR 7.1(j) & 59(b).  No one should telephone, fax, or write to chambers regarding pending cases.  The Judge's secretary and law clerks are not permitted to discuss any aspect of this case, provide any information, or communicate with any person, including litigants, lawyers, witnesses, and the general public regarding pending cases.