Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,<br><br>             Plaintiff,<br><br>   v.<br><br>JOSHUA A. HILER,<br><br>            Defendant. | **NON-OPPOSED**<br>**REQUEST FOR EXTENSION**<br><br><br><br>No. 3:05-CR-0079-JKS |

    Joshua Hiler, by and through counsel, hereby moves for a 35 day extension of time to file a reply to the government's answer. The request is non-opposed and explained in the accompanying declaration of counsel.

    Dated at Anchorage, Alaska this <u>9th</u> day of <u>May</u>, 2008.

                                LIBBEY LAW OFFICES, LLC
                                Counsel for Joshua Hiler

                    By:  <u>s/Colleen A. Libbey</u>
                                Colleen A. Libbey ABA 0012104
                                604 West 2nd Ave.
                                Anchorage, AK 99501

Phone: (907) 258-1815
Fax: (907) 258-1822
clibbey@alaska.net

This is to certify that the foregoing
is being served electronically to:

Erin E. White

On: 5/9/2008   By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\mtn ext may 2008.wpd