Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| United States of America,    )<br>           )<br>     Plaintiff,    )<br>           )<br>   v.      )<br>           )<br>JOSHUA A. HILER,    )<br>           )<br>     Defendant.    )<br>_____) | **PROPOSED ORDER GRANTING<br>REQUEST FOR EXTENSION**<br><br><br><br>No. 3:05-CR-79-JKS |

After due consideration of Petitioner's Non-opposed Request for Extension of Time, it is hereby ordered that the motion is GRANTED. The deadline for filing a reply to the government's answer is June 16, 2008.

Dated at Anchorage, Alaska this _____day of _____, 2008.

_____
District Court Judge

This is to certify that the foregoing
document was served electronically to:

Erin White

On: 5/9/2008  By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\order ext may 2008.wpd