Colleen A. Libbey
LIBBEY LAW OFFICES, LLC
604 W. Second Avenue
Anchorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax
clibbey@alaska.net

Attorney for Defendant
JOSHUA HILER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:05-CR-0079-JKS |
| | ) | |
| Defendant. | ) | |

STATE OF ALASKA         )
                        )
THIRD JUDICIAL DISTRICT )

I, Colleen A. Libbey, declare as follows:

1. I am counsel of record for the Defendant in the above captioned matter.

2. I am making this declaration in support of the Non-opposed Request for Extension being filed herewith.

3. Mr. Hiler's reply to the government's answer is due 5/9/2008.

Declaration of Counsel
Hiler v. USA
3:05-CR-79-JKS                                            Page 1 of  3

4. I am asking for a 35 day extension, until June 16, 2008.

5. I need an extension because I was out of town the last week of April and first week of May, 2008.

6. I also need an extension because office issues have interfered with my ability to finalize any reply. My paralegal/legal assistant is no longer working for me as of the latter part of April and I have had to find a new legal assistant. I have had to spend time locating an assistant and I am now training an assistant. This training is interfering with my ability to work on my cases; I would anticipate the person will be competent within the next few weeks and will not require my assistance to such an extent.

7. In April some of our computers in the office "crashed." The installation of new computers/software prevented me from working productively for multiple days in April.

8. I have been working on the weekends and into the evenings, but admittedly, am still very behind.

9. I contacted opposing counsel Erin White to find out whether she opposed this request, and she kindly indicated she does not.

10. This request is not being filed for purposes of undue delay or harassment.

I declare under penalty of perjury that the foregoing is true.

Dated at Anchorage, Alaska this 9th  day of May, 2008.

           LIBBEY LAW OFFICES, LLC
           Counsel for Johsua Hiler

     By: <u>s/Colleen A. Libbey</u>
        Colleen A. Libbey ABA 0012104
        604 West 2nd Ave.
        Anchorage, AK 99501
        Phone: (907) 258-1815
        Fax: (907) 258-1822
        clibbey@alaska.net

This is to certify that the foregoing
document was served electronically to:

Erin E. White

On: May 9, 2008 By: s/Colleen A. Libbey

N:\DATA\Colleen\CJA\USA V. Hiler\Pleadings\dec ext 08may2008.wpd

Declaration of Counsel
Hiler v. USA
3:05-CR-79-JKS                       Page 3 of  3