IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **REQUEST FOR EXTENSION** |
| v. | ) | |
| | ) | |
| JOSHUA A. HILER, | ) | No. 3:05-CR-79-JKS |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After due consideration of Petitioner's Non-opposed Request for Extension of Time, it is hereby ordered that the motion is GRANTED. The deadline for filing a reply to the government's answer is June 16, 2008.

Dated at Anchorage, Alaska, this 12th day of May 2008.

                                            __/s/James K. Singleton, Jr.__
                                            United States District Judge